**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Connor Jensen,

      Plaintiff,

v.

College Town Pizza, Inc.,

      Defendant.

Case No. 25-CV-03441 (JMB/SGE)

**ORDER**

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright (Doc. No. 9), which recommends that this matter be dismissed under Federal Rule of Civil Procedure 41(b) because Plaintiff Connor Jensen has failed to prosecute his claims. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The R&R (Doc. No. 9) is ADOPTED.

2.      The Court DISMISSES this action WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 18, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court